E-FILED: **3/22/10**

JS - 6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Faramarz Benjamin Hakakha*, ) | CASE NO. CV 09-7980-GHK (Ex) |
| **Plaintiff,** ) | |
| v. ) | **JUDGMENT** |
| *ThinkorSwim, Inc., et al*. ) | |
| **Defendant.** ) | |

    Pursuant to our March 22, 2010 Order dismissing Plaintiff Faramarz Benjamin Hakakha's ("Plaintiff") claims with prejudice, **IT IS HEREBY ADJUDGED** that Defendant ThinkorSwim, Inc. shall have judgment against Plaintiff on all claims. Plaintiff shall take nothing by his Complaint.

    **IT IS SO ORDERED.**

DATED: March 22, 2010

_____
GEORGE H. KING
United States District Judge